# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| JOHNNY THOMPSON (#89353) | CIVIL ACTION |
|---|---|
| VERSUS | |
| MS. SHERYL RANATZA | NO. 17-0235-JWD-EWD |

## OPINION

Before the Court is the Plaintiff's Objection to Magistrate's (sic) Judge's Report and Recommendation. (Doc. 24.) The Court has reviewed the Report and Recommendation (Doc. 23) ("R&R") and Plaintiff's objection. The Objection is overruled. In his objection, Plaintiff raises new issues and complaints not made in his Complaint. (Doc. 1.) While he has not attempted to amend his complaint to add these new allegations, such an amendment would be futile since, as stated in the R&R, Plaintiff is essentially challenging the specific outcome of his pardon application, a claim he must first pursue in a federal habeas corpus proceeding. (Doc. 23 at 6-7.) Therefore, the Plaintiff's objection (Doc. 24) is overruled, the Motion to Dismiss (Doc. 17) is granted, and this action is dismissed without prejudice to Plaintiff's right to pursue habeas corpus relief.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 27, 2018</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**